UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

FILED / ENTERED  
NOV 29 2007  
CLERK US DISTRICT COURT  
DISTRICT OF NEVADA  
BY: _____ DEPUTY

JAMES LAWRENCE RHODES,  )   3:06-CV-0517-ECR-RAM
                        )
    Plaintiff,          )   MINUTES OF THE COURT
                        )
vs.                     )   DATE: NOVEMBER 29, 2007
                        )
KEITH HOEHNE, et al.    )
                        )
    Defendants.         )
                        )

PRESENT:    EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:   NONE APPEARING
Counsel for Plaintiff(s)        NONE APPEARING

Counsel for Defendant(s)        NONE APPEARING

MINUTE ORDER IN CHAMBERS

On November 6, 2007, the Magistrate Judge filed a Report and Recommendation (#5) recommending that this action be dismissed without prejudice.

No objections were timely filed.

The Report and Recommendation (#5) is well taken and is **APPROVED** and **ADOPTED**. **IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By _____/s/_____
   Deputy Clerk